ORDERED.

Dated: December 17, 2019

_____
Roberta A. Colton
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DIANE LESLIE MCANALLY,

    Debtor-Plaintiff,

CASE NO: 8:19-AP-00546-RCT

vs.

DEUTSCHE BANK NATIONAL TRUST COMPANY, et al.,

    Creditors-Defendants.

_____/

## ORDER GRANTING AMENDED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT [DKT 13]

THIS CAUSE came before the Court upon Defendant's, DEUTSCHE BANK NATIONAL TRUST COMPANY, Amended Motion for Enlargement of Time to Respond to Plaintiff's Complaint [Dkt 13] and the Court having been fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that:

1. Defendant's DEUTSCHE BANK NATIONAL TRUST COMPANY, Amended Motion for Enlargement of Time to Respond to Plaintiff's Complaint, is hereby GRANTED.

2.  Defendant shall have up to and including December 23, 2019 to respond to Plaintiff's Complaint.

Attorney Barbara Fernandez is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.