**EXHIBIT "E"**

ORDERED.

Dated: September 11, 2019

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:                                                                                    CASE NO.: 8:19-bk-00132-RCT
                                                                                                    CHAPTER 7

**Diane Leslie McAnally aka Diane**
**Guthrie McAnally,**

   **Debtor.**

_____/

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

THIS CASE came on consideration without a hearing on PHH Mortgage Corporation as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006-EQ1 ASSET-BACKED CERTIFICATES, SERIES 2006-EQ1's ("Secured Creditor") Motion for Relief from Stay (Docket No. 51). No appropriate response has been filed in accordance with Local Rule 2002-4. Accordingly, it is:

   **ORDERED:**

1. Secured Creditor's Motion for Relief from Automatic Stay is GRANTED.

1

2. The automatic stay imposed by 11 U.S.C. § 362 is terminated as to the Secured Creditor's interest in the following property located at 352 Hernando Avenue, Sarasota, FL 34243, in Manatee County, Florida, legally described as follows:

   **LOT 14, BLOCK "I", BALLENTINE MANOR ESTATES, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 2, PAGE(S) 136 OF THE PUBLIC RECORDS OF MANATEE COUNTY, FLORIDA**

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing Secured Creditor to exercise any and all *in rem* remedies against the property described above. Secured Creditor shall not seek an *in personam* judgment against Debtor(s).

4. Secured Creditor is further granted relief in order to contact the Debtor(s) by telephone or written correspondence in order to discuss the possibility of a forbearance agreement, loan modification, refinance agreement or loan workout/loss mitigation agreement.

5. The Secured Creditor's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is granted.

6. Attorneys' fees and costs up to the amount of $531.00 are hereby awarded for the prosecution of this Motion for Relief from Stay, but are not recoverable from the Debtor(s) or the Debtor(s)' Bankruptcy estate.

###

Attorney, Christopher P. Salamone, Esquire, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.