CLERK OF COURT, U.S. BANKRUPTCY
MIDDLE DISTRICT OF FLORIDA
SAM M. GIBBONS FEDERAL COURT HOUSE
801 NORTH FLORIDA AVENUE
TAMPA, FLORIDA 33602

**FILED VIA MAIL**

JUN 29 2020

Clerk, U.S Bankruptcy Court
Middle District of Florida
Tampa Division

ATT: CLERK

DUE TO CIRCUMSTANCES BEYOND MY CONTROL I WAS UNABLE TO PROCURE ASSISTANCE IN THE PROCESS OF SERVICE OF THE ORIGINAL SUMMONS' IN THIS CASE. PER FEDERAL R. BANKR. P. 7004 (e) I am requesting the issuance of an **alias summons**. Enclosed is a stamped return envelope for said documents.

Respectfully,

Diane Leslie McAnally
*Diane Leslie McAnally*

941-724-0081
941-351-4306